# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ZIILABS INC., LTD. § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD., ET § <br> AL. | Case No. 2:14-cv-203-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 26, 2015 (Dkt. No. 147) regarding Apple Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. No. 42, "Motion to Dismiss"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS **ORDERED** that Apple Inc.'s Motion to Dismiss is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE