# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ZIILABS INC., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; and APPLE INC. <br><br> Defendants. | Civil Action No. 2:14-CV-00203 <br><br> Jury Trial Requested |

## ZIILABS' NOTICE OF WITHDRAWAL OF MOTION IN LIMINE NO. 2

Plaintiff ZiiLabs Inc., Ltd. ("ZiiLabs") hereby notifies the Court that it is withdrawing its Motion in Limine No. 2 (Dkt. No. 353) and Supplemental Motion in Limine No. 2 (Dkt. No. 408).

Dated:  October 5, 2015                    Respectfully submitted,

/s/    Max L. Tribble, Jr.
Max L. Tribble, Jr.
Texas State Bar No. 20213950
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
Lead Attorney for Plaintiff, ZiiLabs Inc., Ltd.

Stephen D. Susman
Texas State Bar No. 19521000
ssusman@susmangodfrey.com

3917025v1/013983

**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Kalpana Srinivasan
California State Bar No. 237460
ksrinivasan@susmangodfrey.com
Krysta Kauble Pachman
California State Bar No. 280951
kpachman@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Edgar Sargent
Washington State Bar No. 28283
esargent@susmangodfrey.com
Washington State Bar No. 48973
John Schiltz
jschiltz@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Michael F. Heim
Texas State Bar No. 09380923
mheim@hpcllp.com
Blaine A. Larson
Texas State Bar No. 24083360
blarson@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Douglas R. Wilson
Texas State Bar No. 24037719
dwilson@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**

9442 Capital of Texas Hwy.
Plaza I, Suite 500-146
Austin, Texas 78759
Telephone: (512) 343-3622
Facsimile: (512) 345-2924

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
Texas State Bar No. 00791478
jrambin@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
claire@wsfirm.com
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff,*
*ZiiLabs Inc., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2015, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman

3917025v1/013983