**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ZIILABS INC., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:14-cv-00203-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; and APPLE INC. | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On this day, Plaintiff ZIILABS INC., LTD. and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that (i) all claims for relief asserted against APPLE INC. by ZIILABS INC., LTD. herein are dismissed, with prejudice; (ii) all claims for relief asserted against SAMSUNG ELECTRONICS CO., LTD., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC. and/or SAMSUNG TELECOMMUNICATIONS AMERICA, LLC arising out of the production, manufacture, use, sale, offer for sale, or export of microprocessors or components thereof to or for APPLE INC. by ZIILABS INC., LTD. herein are dismissed, with prejudice; and (iii) all counterclaims for relief against ZIILABS INC., LTD. by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

For avoidance of doubt, ZIILABS INC., LTD.'s remaining claims against SAMSUNG ELECTRONICS CO., LTD., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC are not affected by this Order.

**SIGNED this 10th day of November, 2015.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE