# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ZIILABS INC., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; and APPLE INC. <br><br> Defendants. | Case No. 2:14-cv-00203-JRG-RSP |

**ORDER GRANTING SAMSUNG'S SECOND MOTION FOR CLARIFICATION OF MOTION IN LIMINE ORDER (DKT. 455)**

Before the Court is Samsung's Second Motion for Clarification of Motion in Limine Order (Dkt. 455). After consideration of same, the Court finds that said motion should be GRANTED and the Court notes that, despite its relevance, the 2013 Chipworks report is excluded from evidence and testimony due to its coverage by the 2013 NDA. See Dkt. No. 524.

**SIGNED this 9th day of December, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

4