AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ on the following

☐ Trademarks or     ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF | | DEFENDANT | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK | DATE<br>**2/4/16** |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

| | PATENT OR TRADEMARK No. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,831,637 | 11/3/1998 | ZiiLabs Inc., Ltd. |
| 2 | 5,835,096 | 11/10/1998 | ZiiLabs Inc., Ltd. |
| 3 | 6,111,584 | 8/29/2000 | ZiiLabs Inc., Ltd. |
| 4 | 6,650,333 | 11/18/2003 | ZiiLabs Inc., Ltd. |
| 5 | 6,683,615 | 1/27/2004 | ZiiLabs Inc., Ltd. |
| 6 | 6,977,649 | 12/20/2005 | ZiiLabs Inc., Ltd. |
| 7 | 7,050,061 | 5/23/2006 | ZiiLabs Inc., Ltd. |
| 8 | 7,187,383 | 3/6/2007 | ZiiLabs Inc., Ltd. |
| 9 | 7,710,425 | 5/4/2010 | ZiiLabs Inc., Ltd. |
| 10 | 8,144,156 | 3/27/2012 | ZiiLabs Inc., Ltd. |